**2003–0321.  Millonzi v. Perram Elec., Inc.**
Lake App. Nos. 2001–L–109, 2001–L–110, and 2001–L–111, 2002-Ohio-7340. Discretionary appeal allowed; cause consolidated with 2003–0324, *Millonzi v. Perram Elec., Inc.*, Lake App. Nos. 2001–L–109, 2001–L–110, and 2001–L–111, 2002-Ohio-7340; causes held for the decision in 2002–1349, *Hooten v. Safe Auto Ins. Co.*, Hamilton App. No. C–010576; and briefing schedule stayed.

F.E. SWEENEY, J., dissents.

**2003–0358.  State v. Kelly.**
Muskingum App. No. CT20020027, 2003-Ohio-337. Discretionary appeal allowed and cause consolidated with 2003–0562, *State v. Kelly*, Muskingum App. No. CT20020027, 2003-Ohio-337.

RESNICK, J., dissents.